-

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

INDUSTRIAL MAINTENANCE
SERVICES,

Plaintiff,  CIVIL ACTION NO.: 3:08-cv-384

v.

UPS SUPPLY CHAIN SOLUTIONS, INC.,
et al.

Defendant.

## ORDER FOR ADMISSION OF NOWELL D. BERRETH *PRO HAC VICE*

This matter is before the Court upon the motion of Defendant and Alston & Bird LLP, counsel for Defendant, for the admission of Nowell D. Berreth, attorney with Alston & Bird, LLP located at 1201 West Peachtree Street, Atlanta, GA 30309-3424, to appear *pro hac vice* on behalf of Defendant.

Upon careful review and consideration, this Court will grant Mr. Berreth's application.

It is, therefore, ordered that Defendant's and Alston & Bird's motion for attorney Nowell D. Berreth to appear *pro hac vice* is hereby GRANTED.

**SO ORDERED**.

Signed: September 3, 2008

Carl Horn, III
United States Magistrate Judge