# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Industrial Maintenance Services,

    Plaintiff(s),　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:08cv384

UPS Supply Chain Solutions, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/3/08 Order.

                  Signed: November 5, 2008

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court